United States District Court
Southern District of Texas
**ENTERED**
February 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | CRIMINAL NUMBER H-15-564-31 |
| v. | § | (CIVIL ACTION NO. H-24-0737) |
| | § | |
| JUAN ALBERT MENDEZ, | § | |
| | § | |
| Defendant-Petitioner. | § | |

## **FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-24-0737 is **DISMISSED WITH PREJUDICE**.

For reasons stated in the court's Memorandum Opinion and Order, Petitioner's request for an evidentiary hearing is **DENIED**.

A certificate of appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 29th day of February, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE